UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



TABATHA WRIGHT, FOR AND ON
BEHALF OF CHRISTIAN TIMOTHY WRIGHT,
A MINOR AND WRONGFUL DEATH
BENEFICIARY OF LAWONA WRIGHT and
ALL OTHER WRONGFUL DEATH BENEFICIARIES
OF LAWONA WRIGHT                                                              PLAINTIFFS

VS.                                                                      CAUSE NO. 5:05CV157DCB-JCS

HEALTH MANAGEMENT ASSOCIATES, INC.
D/B/A NATCHEZ COMMUNITY HOSPITAL;
HOSPITAL MANAGEMENT ASSOCIATES, INC.
D/B/A NATCHEZ COMMUNITY HOSPITAL;
AKINREMI AKINWALE, M.D.; and GEOFFREY
FLATTMAN, M.D.                                                                DEFENDANTS

### FINAL JUDGMENT IN FAVOR OF GEOFFREY FLATTMAN, M.D.

The Court having entered an Memorandum Opinion dated September 7, 2006, granting the Motion for Summary Judgment of Geoffrey Flattman, M.D., Defendant,

IT IS HEREBY ORDERED AND ADJUDGED, that, the Court finding that there is no just reason for delay in accordance with Federal Rule of Civil Procedure 54(b), a FINAL JUDGMENT BE AND HEREBY IS ENTERED in favor of Geoffrey Flattman, M.D. and against Plaintiffs, with all costs to be borne by Plaintiffs; and the Clerk is directed to enter a final judgment on the docket in conformance herewith.

SO ORDERED AND ADJUDGED this 25th day of September, 2006.

John Roper
Chief Magistrate Judge