

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TABATHA WRIGHT, FOR AND ON                                      PLAINTIFFS
BEHALF OF CHRISTIAN TIMOTHY WRIGHT,
A MINOR AND WRONGFUL DEATH
BENEFICIARY OF LAWONA WRIGHT and
ALL OTHER WRONGFUL DEATH BENEFICIARIES
OF LAWONA WRIGHT

VERSUS                                    CAUSE NUMBER: 5:05CV157DCB-JCS

AKINREMI AKINWALE, M.D. and                                     DEFENDANTS
NATCHEZ COMMUNITY HOSPITAL, INC.

### AGREED ORDER

Before the Court is the Plaintiff's Motion to Substitute Natchez Community Hospital, Inc., as a defendant in place of the previously named defendants, Health Management Associates, Inc. d/b/a Natchez Community Hospital and Hospital Management Associates, Inc. d/b/a Natchez Community Hospital. Counsel for Natchez Community Hospital, Inc. and the previously named defendants Health Management Associates, Inc. d/b/a Natchez Community Hospital and Hospital Management Associates, Inc. d/b/a Natchez Community Hospital has no objection to said motion. The Court finds the motion to be well taken, and it is hereby granted.

SO ORDERED, this the 16th day of October, 2006.

_____
CHIEF UNITED STATES MAGISTRATE JUDGE

1

AGREED:

s/Charles M. Merkel, III
Charles M. Merkel, III (MSB# 99207)
MERKEL & COCKE, P.A.
Post Office Box 1388
Clarksdale, Mississippi 38614
*Attorneys for Plaintiff*


s/ Mark P. Caraway
Mark P. Caraway (MSB#: 5860)
WISE, CARTER, CHILD & CARRAWAY
Post Office Box 651
Jackson, Mississippi 39205-0651
*Attorneys for Health Management
Associates, Inc. d/b/a Natchez Community
Hospital; Hospital Management Associates, Inc.
d/b/a Natchez Community Hospital and
Natchez Community Hospital, Inc.*